IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
DEC - 4 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR 115 |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| CHRISTOPHER EUGENE HARRIS | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 4th day of December, 2007.

_____
DENNIS HOWELL
UNITED STATES MAGISTRATE JUDGE